IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| L.M., BY AND THROUGH HER PARENTS, M.M. AND R.M., AND M.M. AND R.M. INDIVIDUALLY, Plaintiffs, | : : : : : | CIVIL ACTION |
| v. | : : | |
| DOWNINGTOWN AREA SCHOOL DISTRICT, Defendant. | : : : | NO. 12-CV-5547 |

ORDER

AND NOW, this 15th day of April, 2015, after careful and independent consideration of the parties' cross-motions for disposition on the administrative record, it is hereby ORDERED as follows:

1. Plaintiffs' Motion for Judgment on the Administrative Record (Document No. 11) is DENIED.

2. Defendant's Motion for Disposition on the Administrative Record and Summary Judgment (Document No. 12) is GRANTED.

3. The clerk is directed to enter judgment in favor of Defendant and against Plaintiffs and mark this case closed.

BY THE COURT:

 /s/ LINDA K. CARACAPPA
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE